USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 10/2/13

PRO SE OFFICE
OCT - 2 2013

C/O
CHIEF JUDGE PRESKA
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK, 500-PEARL ST
ROOM 230 NEW YORK N.Y. 10007

OPPOSITION MOTION

RE: BANKS V. CAPTAIN WALDEN
11 CIV-5738

SEPTEMBER 27-2013

1# PLAINTIFF BANKS HEREBY PRO-SE RECITE STATEMENTS BRIEFLY RENDERED BY CHIEF JUDGE PRESKA WITHIN HER MEMO ENDORSEMENT LETTER HEREIN ENTERED ON THE 22 DAY OF MARCH 2013, SETTING FORTH A BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS.

2# IT APPEARS HOWEVER THAT NEITHER PARTY WAS SERVED WITH THAT ORDER ACCORDINGLY (TO ENABLE THE DEFENDANT TO FILE HIS MOTION TO DISMISS), THE COURT ENTERS THE FOLLOWING REVISED BRIEFING SCHEDULE:

3# DEFENDANT'S MOTION TO DISMISS SHALL BE DUE BY SEPTEMBER 16TH 2013

4# PLAINTIFF OPPOSITION SHALL BE DUE BY OCTOBER 15TH 2013.

5# DEFENDANT'S REPLY IF ANY SHALL BE DUE BY NOVEMBER 1ST 2013.

6#. PLAINTIFF BANKS CALLS THE COURT ATTENTION TO THE DEFENDANT - CAPTAIN WALDEN DEFENSE COUNSEL MICHAEL A. CARDOZO PRELIMINARY STATEMENT'S ENTERED ON THE 16TH DAY OF SEPTEMBER 2013 RELATING TO DISMISS OF PLAINTIFF BANKS - COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6) FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN - BE GRANTED IN PLAINTIFF BANKS COMPLAINT THAT WAS ACKNOWLEGED BY THE DEFENSE COUNSEL MICHAEL A. CARDOZO SINCE THE 5TH DAY OF AUGUST 2011 AS HE CONFIRMED WITHIN HIS PRELIMINARY STATEMENTS.

7#. PLAINTIFF BANKS CONTENDS THAT THE DEFENSE COUNSEL - MICHAEL A. CARDOZO FAILED TO RESPOND TO PLAINTIFF BANKS COMPLAINT WITHIN THE 21 DAYS AS PERSCRIBE BY THE LAW OF THE FEDERAL RULE OF CIVIL PROCEDURE 12A(2) OR (3), AS WELL - ALSO HE FAILED TO REQUEST FOR AN EXTENTION FOR DELAYING HIS RESPONSE IN ANSWERING TO PLAINTIFF BANKS COMPLAINT AFTER THE AFOREMENTIONED ABOVE TIME EXPERIATION DATE, OF THE - COMPLAINT.

8#. FOLLOWING THE VIOLATION HEREIN IS CLEAR AGAINST THE DEFENSE COUNSEL MICHAEL A. CARDOZO FILING MOTION TO DISMISS PLAINTIFF BANKS COMPLAINT TWO (2) YEARS LATER VIOLATES THE LAW OF THE FEDERAL RULE OF CIVIL PROCEDURE 12A(2) OR(3) COMPLETLY. DESPITE HAVING CHIEF JUDGE PRESKA REVISED AN AFOREMENTIONED ORDER DATE FOR THE DEFENDANT TO FILE FOR THEIR DISMISSAL.

9# THEREFORE THE DEFENDANT CAPTAIN WALDEN - DEFENSE COUNSEL MICHAEL A. CARDOZO REPLY MOTION ENTERED ON THE 16TH DAY OF SEPTEMBER 2013, REGARDING TO DISMISS PLAINTIFF BANKS COMPLAINT MUST BE DENIED FOR HIS INITIAL DEFAULT TO ANSWER THE COMPLAINT WITHIN THE 21 DAYS AS PERSCRIBE BY THE LAW OF THE FEDERAL - RULE OF CIVIL PROCEDURE 12A (2) OR (3), AND THEREOF GRANTING PLAINTIFF BANKS RELIEF AS HE REQUEST RESPECTFULLY HEREIN, AS THE COURT MAY SEEM JUST AND PROPER.

SINCERLY

CC: Deshawn Banks #12A0406

# VERIFICATION

STATE OF NEW YORK )
)ss:
COUNTY OF CHEMUNG)

I, DESHAWN BANKS, being duly sworn, state:

I am the Petitioner in this action. I have read, and I am familiar with, the contents of the foregoing [redacted], Application for [redacted] #, OPPOSITION MOTION 11CIV-5738 Verified Petition, Affidavit in Support of Petition, Order to Show Cause, Affidavit in Support of Order to Show Cause, [redacted] Support of [redacted] OPPOSITION MOTION Papers, Verification, Affidavit of Service and the content thereof is true to my own knowledge, except as to matters therein stated on information and belief and as to those matters I believe them to be true.

Dated: 9-27 2013
Chemung County, New York

Respectfully Submitted,

[signature]
, Petitioner, Pro-Se
Din. # 12A0406
Southport Correctional Facility
236 Bob Masia Dr., P.O. Box 2000
Pine City, N.Y. 14871-2000

Sworn to and subscribed before me this 27 day of Sept, 2013

[signature]
Notary Public

PATRICIA A. KLATT
Notary Public, State of New York
Chemung County No. 01KL6001416
Commission Expires Jan. 12, 2014

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
COUNTY OF CHEMUNG) ss:

I, DESHAWN BANKS, being duly sworn, deposes and says, that I am the Petitioner herein, and that on the date of notarization indicated below, I have placed in a sealed, post-paid, wrapper a true and exact copy of the enclosed papers, Identified as: Order to Show Cause, Affidavit in Support of Order to Show Cause, Opposition Motion Affidavit in Support of [redacted] Petition, Verification, Affidavit in Support of Petition, and Affidavit of Service, by placing same in U.S. Mailbox in Southport Correctional Facility for delivery to the United States Postal Service, and that such parcels were addressed to the parties indicated below:

Respectfully Submitted,

Deshawn Banks, Petitioner, Pro-Se
Din. # 12A0406
Southport Correctional Facility
236 Bob Masia Dr., P.O. Box 2000
Pine City, N.Y. 14871-2000

CC: c/o
MICHAEL A. CARDOZO
[redacted]
[redacted]
[redacted]

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NEW YORK 10007

CC: c/o
CHIEF JUDGE PRESKA
U.S. DISTRICT COURT
SOUTHER DISTRICT OF -
- NEW YORK U.S. COURT HOUSE

500 - PEARL STREET
Room 230 NEW YORK
NEW YORK 10007

Sworn and subscribed to before me
on this 27 day of Sept, 2013

P Klatt
Notary Public

PATRICIA A. KLATT
Notary Public, State of New York
Chemung County No. 01KL6001416
Commission Expires Jan. 12, 2014

SOUTHPORT CORRECTIONAL FACILITY
P.O. BOX 2000
PINE CITY, NEW YORK 14871-2000
NAME: DESHAWN BANKS DIN: 12A0406
SOUTHPORT
Correctional Facility
UNITED STATES POSTAGE
PITNEY BOWES
02 1M
0004255402
$ 00.46⁰
SEP 30 2013
MAILED FROM ZIP CODE 14871
RECEIVED
SE OFFICE
USDC SDNY
OCT 2 PM 2:40
C/O
HONORABLE: CHIEF PRESKA
UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK U.S. COURT -
-HOUSE 500-PEARL ST ROOM 230
NEW YORK, NEW YORK 10007
LEGAL MAIL: